UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 1:04-CV-99

v.   Hon. Hugh W. Brenneman, Jr.

FORTY-SEVEN THOUSAND, FIVE
HUNDRED FIFTY DOLLARS
($47,550) UNITED STATES CURRENCY,

    Defendant.
_____/

## JUDGMENT

    For the reasons as set forth in the court's memorandum opinion, judgment is entered in favor of the United States of America, and the defendant Forty-Four Thousand Dollars ($44,000.00) is forfeited to the United States for disposition according to law.

Dated: March 30, 2007            /s/ Hugh W. Brenneman, Jr.
                                         Hugh W. Brenneman, Jr.
                                         United States Magistrate Judge